UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
METACAPITAL MANAGEMENT, L.P.,

                    Plaintiff,                    22-cv-7615 (PKC)

    -against-                                ORDER

META PLATFORMS, INC.,

                    Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Dennis L. Wilson, counsel for Meta Platforms, Inc., wrote to the Court on May 26, 2023, advising that "[t]he parties were still working through the six remaining disputed requests when Metacapital filed its Motion. Accordingly, the Motion is premature . . . ." (ECF 46.) The parties shall meet and confer and submit a joint letter filed on ECF by July 7, 2023, outlining their efforts to resolve the disputes since Mr. Wilson's May 26 letter and the present status of the disputed issues.

        Separately, the parties shall also describe in a letter emailed to the Chambers inbox (but not filed on ECF) by July 7, 2023, their efforts to resolve this matter. Prior to then, each counsel shall separately prepare a confidential budget for their client on attorneys' fees and costs through the close of discovery, summary judgment motions, motions in limine, proposed voir dire, jury instructions, verdict form, Joint Pretrial Order, trial and post-verdict motions. For your clients' guidance, you may wish to consult the ongoing proceedings in <u>Lexington Furniture Industries, Inc. v. The Lexington Company, AB</u>, 19-cv-6239 (PKC), presently pending in the Second Circuit. The letter of July 7 shall certify compliance with the above-described budgeting requirement.

- 2 -

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:  New York, New York
        June 27, 2023