UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
METACAPITAL MANAGEMENT L.P.,

               Plaintiff,                             22-cv-7615 (PKC)

    -against-                                          ORDER

META PLATFORMS, INC.,

               Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

       The Court rules as follows with regard to Metacapital's Interrogatories and Request for Production:

    1.    MPI may limit its responses to RFP 19 & 20 and Interrogatory No 7 to the acquisition of marks used in connection with financial services.

    2.    MPL may limit its responses to RFP 21 & 22 to documents from January 1, 2019 through June 30, 2023 concerning internal valuations of marks used in connection with financial services.

    3.    In satisfaction of RFP 32, MPI shall produce all non-privileged, non-work product documents from January 1, 2019 through June 30, 2023 concerning MPI's plans to offer financial services whether or not related to Mr. Zuckerberg's testimony.

       SO ORDERED.

Dated: New York, New York
       July 25, 2023

                                                    P. Kevin Castel
                                                  United States District Judge