UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Metacapital Management, L.P.,

               Plaintiff(s),                         22-cv-7615 (PKC)

 -against-                                        ORDER

Meta Platforms, Inc.,

               Defendant(s),

-----------------------------------------------

CASTEL, United States District Judge.

       The case management conference scheduled for March 21, 2024 was set prior to the referral of this action to Magistrate Judge Parker for General Pre-Trial Supervision.   Judge Parker held a conference on March 4 and has additional conference scheduled for April 2.

       The March 21 conference before the undersigned is VACATED.  The parties shall advise the undersigned within 7 days after the close of fact discovery.

       SO ORDERED.

                                                                               *P. Kevin Castel*
                                                        United States District Judge

Dated: New York, New York
         March 18, 2024