UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

METACAPITAL MANAGEMENT, L.P.,

                  Plaintiff,

-against-

META PLATFORMS, INC.,

                  Defendant.

ORDER AND SCHEDULING ORDER

1:22-CV-07615 (PKC)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The parties in this action appeared before the undersigned at a case management conference held on April 2, 2024.  As discussed at the conference, the Court GRANTS the parties' request for a modification of the case schedule.  Expert Discovery shall be due by **July 15, 2024**;  all premotion letters for summary judgment are due by **July 1, 2024**; all motions in limine are due by **August 20, 2024**; and final pretrial submissions are due by **September 16, 2024**.

      A status conference is hereby scheduled for **Monday, June 10, 2024 at 2:30 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, NY 10007.**

      **The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 72.**

SO ORDERED.

Dated:   April 4, 2024
            New York, New York

                                          KATHARINE H. PARKER
                                          United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2024