UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/10/2024
```

METACAPITAL MANAGEMENT, L.P.,

                              Plaintiff,

              -against-

META PLATFORMS, INC.,

                              Defendant.

**ORDER**

**1:22-CV-07615 (PKC)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

Plaintiff's request for an extension of the fact discovery deadline is GRANTED in part.

Good cause having been shown, the deadline to complete fact discovery is extended by 45 days

until **Monday, June 3, 2024**, for the limited purpose of additional discovery concerning the

negotiations and transaction between Defendant and the third party described in Plaintiff's

request at ECF No. 102, (the "Third Party").  Plaintiff may take one additional 30(b)(6)

deposition of Defendant, for up to two hours.  Plaintiff may also take one deposition of a

representative from the Third Party, for up to four hours.  Finally, Plaintiff may serve no more

than five discrete document requests on the Third Party in its anticipated subpoena.

SO ORDERED.

Dated:    April 10, 2024
          New York, New York

_____
          KATHARINE H. PARKER
          United States Magistrate Judge