## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2024

May 10, 2024

**BY ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

      RE:      <u>*Metacapital Mgmt, L.P. v. Meta Platforms, Inc.*</u>, No. 1:22-cv-7615

Dear Judge Parker:

      We write on behalf of Plaintiff Metacapital Management L.P., jointly with counsel for Defendant Meta Platforms, Inc., to inform the Court that the parties have reached agreement in principle on key terms of a settlement that, if finalized, would result in dismissal of all claims and defenses. We respectfully request an adjournment of all deadlines and conferences in the existing Scheduling Order (ECF No. 98, as modified by ECF No. 103) for thirty (30) days so that the parties may negotiate and finalize a settlement agreement. If the claims and defenses are not dismissed within thirty (30) days, the parties would be happy to provide the Court with a status report.

      We thank the Court for its continued time and attention to this matter.

Respectfully Submitted,

*/s Jordan A. Feirman*
Jordan A. Feirman

> Request GRANTED. All deadlines are adjourned until Monday, June 10, 2024. The parties are directed to file a joint status letter by Monday June 10, 2024 to provide an update on settlement discussions.
>
> SO ORDERED:
>
> *Katharine H. Parker*   5/13/2024
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE

1285058-NYCSR04A - MSW